Danna JOHNSON, Appellant,

v.

ACCREDITED HOME LENDERS,
INC., a California Corporation;
Jim Konrath, Appellees.

No. 06–2700.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 4, 2007.

Filed: May 10, 2007.

Danna Johnson, argued, Independence, MO, pro se.

Robert J. Bjerg, Seigfreid & Bingham, argued, Kansas City, MO, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Danna Johnson appeals from the district court's[1] dismissal of her pro se civil complaint for failure to state a claim. Upon de novo review, see *Farm Credit Servs. of Am. v. Am. State Bank*, 339 F.3d 764, 767 (8th Cir.2003) (de novo standard of review), we conclude that the district court correctly dismissed Johnson's complaint as barred by the statute of limitations, see *Basham v. Fin. Am. Corp.*, 583 F.2d 918, 927 (7th Cir.1978) (failure to bring action under TILA within one year bars action). We decline to consider Johnson's claims raised for the first time on appeal. *See*

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District

*Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (declining to address pro se claims and arguments raised first on appeal).

Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.